**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RODNEY GREEN** **PLAINTIFF**

**V.** **NO. 4:25-cv-01079-JM-ERE**

**HOT SPRING COUNTY,**
**ARKANSAS, ET AL.** **DEFENDANTS**

**ORDER**

The Court has received a Partial Recommended Disposition ("PRD") from Magistrate Judge Edie R. Ervin. After careful review of the PRD and the timely objections and a de novo review of pertinent portions of the record, he Court concludes that the PRD should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that motions to dismiss by Defendants Richard Tolleson and Hot Spring County (*Doc. 40*) and Defendant Dexter Payne (*Doc. 42*) are GRANTED, and the claims against these separate Defendants are DISMISSED WITHOUT PREJDUICE. Plaintiff's claims against Defendants Wellpath LLC, Shana Tillis, Tess Ashcraft, and Does I-X remain.

DATED this 24th day of August, 2026.

UNITED STATES DISTRICT JUDGE